UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| MICHAEL F. ABFALL, individually and on behalf of all others similarly situated, | ) Case No. 1:21-CV-01048-DAP |
| | ) |
| | ) Honorable Dan Aaron Polster |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PHH MORTGAGE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**PHH'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Defendant PHH Mortgage Corporation ("Defendant"), respectfully requests this Court enter an order extending the time for it to respond to the Class Action Complaint ("Complaint") filed by Plaintiff Michael F. Abfall (Dkt. No. 1) to July 19, 2021 and, in support thereof, states as follows:

1. Plaintiff filed the Complaint on May 19, 2021 and served PHH with a summons and copy of the Complaint on May 27, 2021. (Dkt. Nos. 1 & 3.) By rule, Defendant's response is due June 17, 2021. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

2. Undersigned counsel was recently retained to represent PHH in this matter and requires more time to investigate Plaintiff's claims and prepare a response to the Complaint.

3. Defendant therefore seeks an extension of the deadline to respond to the Complaint to July 19, 2021.

4. Counsel for Plaintiff has indicated they have no objection to the relief requested herein.

5. This motion is made in the interests of judicial economy and not for the purposes of delay. No party will be prejudiced by this extension.

WHEREFORE, Defendant PHH Mortgage Corporation respectfully requests entry of an order extending its time to answer, move, or otherwise plead in response to the complaint up to and including July 19, 2021, and granting such other and further relief as the Court finds just and necessary.

DATED:  June 15, 2021                    **PHH MORTGAGE CORPORATION,**

                                            By:   /s/ Douglas R. Sargent
                                                            One of its attorneys

Douglas R. Sargent (Ohio SBN 97486)
dsargent@lockelord.com
Locke Lord LLP
111 South Wacker Drive
Chicago, Illinois 60606
Phone:  312-443-0700

## CERTIFICATE OF SERVICE

I, Douglas R. Sargent, an attorney, certify that I caused the foregoing to be served upon all persons and entities authorized and registered to receive such service through the Court's Case Management/Electronic Case Files (CM/ECF) system on June 15, 2021.

                                                                               /s/ Douglas R. Sargent