IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| **MICHAEL F. ABFALL,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**PHH MORTGAGE CORPORATION d.b.a. PHH MORTGAGE SERVICES,**<br><br>Defendant. | Case No. 1:21-cv-01048-DAP<br><br>Judge Dan Aaron Polster<br>Magistrate Judge William H. Baughman, Jr.<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Plaintiff Michael F. Abfall, individually and on behalf of all others similarly situated, voluntarily dismisses *without prejudice* all claims against Defendant PHH Mortgage Corporation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

*/s/ Daniel M. Solar*
Marc E. Dann (0039425)
Brian D. Flick (0081605)
Daniel M. Solar (0085632)
Michael A. Smith Jr. (0097147)
DANN LAW
P.O. Box 6031040
Cleveland, OH 44103
Telephone: (216) 373-0539
notices@dannlaw.com

Thomas A. Zimmerman, Jr.
tom@attorneyzim.com
Matthew C. De Re
matt@attorneyzim.com
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Telephone: (312) 440-0020

*Counsel for Plaintiff Michael Abfall and the Putative Class and Subclasses*

So ordered.  /s/Dan Aaron Polster 7/16/21